UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Jessica Rademakers,                                      Case No. 2:07-cv-718

               Plaintiff,

v.                                                         **ORDER**

Mike Scott, in his capacity as
Sheriff of Lee County,

               Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Sheri Polster Chappell dated March 24, 2009. In the R&R, Magistrate Judge Chappell recommends granting Defendant's Motion for Taxation of Costs in the amount of $1,167.70. Plaintiff did not file any objections to the R&R in the time period permitted.

Accordingly, the Court **ADOPTS** the R&R (Docket No. 55) and **IT IS HEREBY ORDERED** that the Clerk of Court shall enter an award of costs in favor of Defendant Mike Scott, in his official capacity as Sheriff of Lee County, Florida, in the amount of $1,167.70.

Dated: Thursday, May 28, 2009

                                                        *s/ Paul A. Magnuson*
                                                        Paul A. Magnuson
                                                        United States District Court Judge